UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN THE MATTER OF:

| | |
|---|---|
| GARY E. ELLIS | CHAPTER 13 |
| LAURA S. ELLIS | CASE NO. 16-51690 |
| 2451 Glenngarry Road | JUDGE MARIA L. OXHOLM |
| Jackson, MI 49203 | |

SS # xxx-xx- 4260
SS # xxx-xx- 3049

                Debtor(s).
_____/

## ORDER EXCUSING ENTRY OF THIRD PARTY PAYMENT ORDER
## AND ALLOWING THE DEBTORs TO REMIT PAYMENTS TO CHAPTER 13 TRUSTEE
## BY ELECTRONIC TRANSFER OF FUNDS

      The above named Chapter 13 Debtors having sought to excuse entry of a third-party payment order as required by E.D. Mich. LBR 1007-1(c)(1)(A) and further requesting to remit payments to the Chapter 13 Trustee by electronic transfer of funds pursuant to E.D. Mich. LBR 1007-1(c)(1)(B) from the Debtors' bank account, and the Court being otherwise sufficiently advised in the premises:

      **IT IS HEREBY ORDERED** that entry of a third-party payment order pursuant to E.D. Mich. LBR 1007-1(c)(1)(A) is excused pursuant to E.D. Mich. LBR 9029-1(e) in the above-captioned matter, or in the event a previous third-party payment order was entered, said Order is voided and held for naught until further Order of the Court;

      **IT IS FURTHER ORDERED** *that within 10 days of the entry of this Order, the Debtor(s) shall complete the approved* **Authorization Agreement for Preauthorized Payments (ACH) \*\*** *authorizing the*

*Chapter 13 Trustee, Tammy L. Terry, or his/her successor, to initiate debit and/or credit entries to the bank account listed in the agreement in the amount of $ 1839.16 per month until further order of the Court;*

**IT IS FURTHER ORDERED** that these payments shall commence as of September 23, 2016, as required by 11 USC § 1326(a)(1). Any attempt to terminate the ACH, or challenge a withdrawal made pursuant to the ACH, shall be made only after obtaining permission of the Bankruptcy Court. Failure to seek prior authorization to terminate the agreement or challenge a withdrawal under the agreement may constitute cause for dismissal pursuant to 11 USC §1307 and may result in further sanctions, as determined by the court.

**IT IS FURTHER ORDERED** that Counsel for Debtor(s) shall serve a copy of the Order upon the Debtor(s).

.

**Signed on April 24, 2017**

                                   \_\_ \_\_\_/s/ Maria L. Oxholm\_\_ \_ \_\_
                                    **Maria L. Oxholm**
                                    **United States Bankruptcy Judge**