UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re:                                          CHAPTER 13
                                    ,           CASE NO:    **16-51690**

**Gary E. Ellis**
**Laura S. Ellis**

2451 Glenngarry Road
Jackson, MI 49203

xxx-xx-4260, xxx-xx-3049
              Debtor(s).                        JUDGE       **Maria L. Oxholm**
_____ /

## <u>ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO MAKE PAYMENTS UNDER CHAPTER 13 PLAN AND MODIFYING CHAPTER 13 PLAN</u>

THIS MATTER is before the Court on the Stipulation of the Chapter 13 Trustee and the Debtors;

IT IS HEREBY ORDERED that the Chapter 13 Trustee's Motion to Dismiss is hereby DENIED;

IT IS FURTHER ORDERED that the Debtors' Chapter 13 Plan is modified as follows:

-   Debtors plan payments shall be $2,229.00 per month effective April 1, 2019.

-   Debtors shall file a Wage Order or ACH Order on or before April 15, 2019.

-   In the event that the Debtors fail to make any future Chapter 13 Plan payment, the Trustee may submit a notice of Default, served upon the Debtor(s) and the Debtor(s)' counsel,  permitting 30 days from the service of the notice in which to cure any and all defaults in payments.  If the Debtors fail to cure the defaults in payments after having been provided with notice under the provisions of this Order, then the Trustee may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make plan payment, and the proceedings may be thereafter dismissed without a further hearing or notice.

**Signed on April 23, 2019**

-

                                    /s/ **Maria L. Oxholm**
                                    **Maria L. Oxholm**
                                    **United States Bankruptcy Judge**